IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ERIC FLORES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES ATTORNEY GENERAL, and FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　　Defendants. | **ORDER**<br><br>Case No. 2:13-CV-00391<br><br>Judge Robert J. Shelby |

On September 3, 2014, United States Magistrate Judge Dustin B. Pead filed a Report & Recommendation for Order of Dismissal in the above-captioned case. (Dkt. 8.) Judge Pead's Recommendation provided that any objection must be filed within (14) fourteen days of service, and it directed the Clerk of Court to mail its Recommendation to two addresses that Eric Flores provided to the court. The court finds that the time for filing an objection has passed. No party has objected to Magistrate Judge Pead's Recommendation.

Based on a *de novo* review of the record, the relevant legal authorities, and Judge Pead's Recommendation, the court concludes that the Recommendation is a correct application of the law and the facts. Accordingly, the court ORDERS as follows:

1. The Recommendation (Dkt. 8) is ADOPTED IN FULL.

2. The case is DISMISSED.

3. The Clerk of Court is directed to close the case.

SO ORDERED this 24th day of September, 2014.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge